**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 05-1428

CHRISTIE B. TENUMAH; ARUISANTOBIONE TENUMAH;
O.R.T.; E.L.T.,

Petitioners,

versus

ALBERTO R. GONZALES, Attorney General,

Respondent.

On Petition for Review of an Order of the Board of Immigration
Appeals.  (A97-189-684; A97-189-685; A97-189-686; A97-189-687)

Submitted:  December 14, 2005      Decided:  December 30, 2005

Before WILLIAMS, MICHAEL, and SHEDD, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Liam Ge, Columbia, Maryland, for Petitioners.  James Arthur Hunolt,
Bryan Stuart Beier, UNITED STATES DEPARTMENT OF JUSTICE,
Washington, D.C., for Respondent.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Christie B. Tenumah and her three children, natives and citizens of Nigeria, petition for review of an order of the Board of Immigration Appeals ("Board") denying their motion to reconsider its previous order, which upheld the immigration judge's denial of their motion to reopen immigration proceedings. We have reviewed the record and the Board's order and find that the Board did not abuse its discretion in denying the motion to reconsider. <u>See</u> 8 C.F.R. § 1003.2(a) (2005). Accordingly, we deny the petition for review for the reasons stated by the Board. <u>See</u> <u>In re: Tenumah</u>, No. A97-189-684(L) (B.I.A. Mar. 24, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>PETITION DENIED</u>